FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 24 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '09 - CV - 00376 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DAVID RILEY

    Plaintiff,

v.

WELD COUNTY COMMISSIONERS,
WELD COUNTY SHERIFF'S DEPT., and
WELD COUNTY JAIL,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND INSTRUCTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, David Riley, currently is detained at the Weld County Jail in Greeley, Colorado. Mr. Kent B. French, on Mr. Riley's behalf, has submitted a Prisoner Complaint to the Court. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the Prisoner Complaint is deficient and that Mr. Riley has failed either to pay the $350.00 filing fee or in the alternative to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number that is indicated at the top of this page.

Mr. Riley is instructed that Mr. French is a lay person and may not participate in the unauthorized practice of law. Mr. French violates the state and federal provisions governing the practice of law when he seeks to file an action on behalf of another. ***Weber v. Garza***, 570 F.2d 511, 514 (5th Cir. 1978). Mr. Riley must sign all pleadings he submits to this Court.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1) __X__ is not submitted
(2) ___ is missing affidavit
(3) __X__ is missing certified copy of the trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature
(6) ___ is not on proper form (must use the Court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.
(9) __X__ other A § 1915 motion and a certified account statement are necessary only if the filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the Court's current form)
(12) __X__ is missing an original signature by Mr. Riley
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the Court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

2

FURTHER ORDERED that Mr. Riley cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Riley files in response to the Order must include the civil action number on the Order and must be signed by him. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Riley, together with a copy of this Order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Riley fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this 20th day of February, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'09 - CV - 00376**

David Riley
Weld County Jail
2110 "O" Street
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and the Prisoner Complaint forms** to the above-named individuals on 2/24/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk