IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00376-BNB

DAVID RILEY,

    Plaintiff,

v.

WELD COUNTY COMMISSIONERS,
WELD CTY SHERIFF'S DEPT., and
WELD CTY JAIL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2009

GREGORY C. LANGHAM
CLERK

ORDER DISMISSING CASE

Plaintiff David Riley, a detainee at the Weld County Jail, in Greeley, Colorado, initiated this action by filing a Prisoner Complaint. On February 24, 2009, Magistrate Judge Boyd N. Boland entered an order finding that the Complaint is deficient and directing Plaintiff to cure the deficiencies.

On March 5, 2009, Plaintiff filed a Letter with the Court requesting that the action be dismissed. The Court must construe the Letter liberally because Plaintiff is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent

court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2$^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of March 5, 2009, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.2$^d$ at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of March 5, 2009, the date Plaintiff filed the Notice in this action.

DATED at Denver, Colorado, this 11 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00376-BNB

David Riley
Weld County Jail
2110 "O" Street
Greeley, CO 80631

David Riley
P.O. Box 262
Firestone, CO 80520

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/12/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk